THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD ROSENTHAL, Appellant.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

ARTHUR ORDWAY, Appellant, v. THOMAS J. HILLIARD et al., Respondents.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

MAUD ORDWAY, Appellant, v. THOMAS J. HILLIARD et al., Respondents.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

LEE A. WHITNEY, Appellant, v. GEORGE DUDLEY et al., Respondents.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.